LEWIS M. PETTIS, Respondent, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant.

Argued June 7, 1937; decided July 13, 1937.

*James B. Gitlitz* and *A. E. Gold* for appellant.

*Walter J. Relihan* and *Daniel J. McAvoy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.